UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVANY ARANDA PEGUEROS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>M. POLLARD, Warden, RJDCF ;<br>XAVIER BECERRA, Attorney General of the State of California, Additional Respondent,<br><br>　　　　　Defendants. | Case No. 19-CV-2258-WQH-DEB<br><br>**ORDER OF RECUSAL** |

Pursuant to the *Code of Conduct for United States Judge*, Canons 2 and 3, in order to avoid the appearance of impropriety, and because a judge has a duty to disqualify him or herself if his or her impartiality could reasonably be questioned, whether or not such impartiality actually exists, this Court must recuse itself from the above-captioned case *nunc pro tunc*. *See also* 28 U.S.C. § 455(a) and (b).

Magistrate Judge Michael Berg was formerly defense counsel in the above captioned Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Petitioner specifically asserts a claim of ineffective assistance against Magistrate Judge Berg. Based upon the circumstances, the impartiality of the District and Magistrate Judges in the Southern District of California might reasonably be questioned. It is therefore determined, pursuant to 28 U.S.C. § 455(a), all District

and Magistrate Judges in this district must be disqualified from presiding in this case and all related matters.

Accordingly, IT IS ORDERED that all District Judges and Magistrate Judges in the Southern District of California, hereby recuse themselves from this case.

IT IS FURTHER ORDERED this matter will be referred to Sydney R. Thomas, Chief Judge of the United States Ninth Circuit Court of Appeals, for the assignment of a judge other than from the Southern District of California to sit by designation and hear case number 19-cv-2258 and all related matters.

Dated: January 21, 2021

_____
Hon. Larry Alan Burns
Chief United States District Judge