# UNITED STATES COURTS FOR THE NINTH CIRCUIT

# DESIGNATION OF A DISTRICT JUDGE
# FOR SERVICE IN ANOTHER DISTRICT WITHIN THE NINTH CIRCUIT

*For the Purpose of Presiding Over a Specific Case*

Pursuant to 28 U.S.C. § 292(b), I hereby designate the Honorable **Stephen M. McNamee**, United States Senior District Judge for the District of Arizona to perform the duties of United States District Judge temporarily for the Southern District of California for the specific case *Jovany Aranda Pegueros v. M. Pollard, et al.*, Case No. 19-cv-2258 and any matter deemed related.

February 2, 2021

                                       Sidney R. Thomas
                                       Chief Judge

cc:    Hon. Stephen McNamee
          Hon. Murray Snow, Chief Judge, District of Arizona
          Hon. Dana Sabraw, Chief Judge, Southern District of California
          Debra Lucas, Clerk of Court, District of Arizona
          John Morrill, Clerk of Court, Southern District of California